```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
          CIVIL DOCKET ENTRIES FOR CASE A05-0113--CV (JKS)
              "CRAIG DOWNING V AHTNA CONSTRUCTION & PRIMARY"

         Including terminated parties, excluding terminated counsel
```

```
    Presiding Judge:  The Honorable James K. Singleton, U.S. District Judge
   Magistrate Judge:
      Referral Rule:
             Filed: 05/19/05
            Closed: NO

       Jurisdiction: (3) Federal Question (US Govt not a Party)
      PLF Diversity:
      DEF Diversity:

     Nature of Suit: (790) Other labor litigation
                    EMPLOYMENT DISCRIMINATION
             Origin: (1) Original Proceeding
             Demand:
         Filing fee: Paid $250.00 on 05/19/05 receipt # 00125764
           Trial by: Court
```

Parties of Record:                              Counsel of Record:

PLF 1.1          DOWNING, CRAIG                 Theodore D. Hoppner
                                                Hoppner Law Office
                                                POB 70767
                                                Fairbanks, AK 99707
                                                907-452-2492
                                                FAX 907-452-4020

DEF 1.1          AHTNA CONSTRUCTION & PRIMARY   Patrick B. Gilmore
                 PRODUCTS CORP                  Atkinson Conway et al
                                                420 L Street, Suite 500
                                                Anchorage, AK 99501
                                                907-276-1700
                                                FAX 907-272-2082

```
              UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                   CIVIL DOCKET ENTRIES FOR CASE A05-0113--CV (JKS)
                      "CRAIG DOWNING V AHTNA CONSTRUCTION & PRIMARY"

                                    For all filing dates
```

Presiding Judge:  The Honorable James K. Singleton, U.S. District Judge
Magistrate Judge:
   Referral Rule:
           Filed: 05/19/05
          Closed: NO

    Jurisdiction: (3) Federal Question (US Govt not a Party)
   PLF Diversity:
   DEF Diversity:

  Nature of Suit: (790) Other labor litigation
                  EMPLOYMENT DISCRIMINATION
          Origin: (1) Original Proceeding
          Demand:
      Filing fee: Paid $250.00 on 05/19/05 receipt # 00125764
        Trial by: Court


| Document # | Filed | Docket text |
|---|---|---|
| 1 - 1 | 05/20/05 | Complaint filed; Summons issued. |
| 2 - 1 | 06/02/05 | DEF 1 Attorney Appearance of Patrick B. Gilmore. |
| 3 - 1 | 06/10/05 | PLF 1 Return of Service Executed re: DEF 1 on 5/31/05. |
| 4 - 1 | 06/13/05 | DEF 1 Answer to Complaint. |
| 5 - 1 | 06/15/05 | JKS Minute Order re: initial case stat rpt/case S&P; Rule 16(b) rpt is due w/in 28 days from svc of this ord. cc: cnsl |
| 6 - 1 | 07/14/05 | DEF 1 Rule 7.1 Disclosure Statement. |
| 7 - 1 | 07/14/05 | PLF 1; DEF 1 Scheduling and Planning Report. |
| 8 - 1 | 07/18/05 | JWS Scheduling and Planning Order setting pretrial deadlines: Original discovery 03/15/06; Dispositive motions deadline 04/14/06; Estimate of trial 4 days; TBC. cc: cnsl |
| 9 - 1 | 08/24/05 | PLF 1 motion (request) to file in Fairbanks. |
| 9 - 2 | 09/21/05 | JKS Order granting motion (request) to file in Fairbanks (9-1). cc: cnsl, Fairbanks Clerk |
| 10 - 1 | 10/19/05 | PLF 1 Preliminary Witness List. |