IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| CRAIG DOWNING, )<br>)<br>　　　　Plaintiff, )<br>)<br>vs. )<br>)<br>AHTNA CONSTRUCTION AND PRIMARY )<br>PRODUCTS CORPORATION, )<br>　　　　Defendant. )<br>_____ ) | Case No. 3:05-cv-00113-TMB |

**STIPULATION FOR DISMISSAL WITHOUT PREJUDICE**

　　Plaintiff Craig Downing, and Defendant, Ahtna Construction and Primary Products Corporation, by and through their attorneys of record, stipulate that the above captioned claims of Plaintiff, Craig Downing, against Defendant Ahtna Construction and Primary Products Corporation, may be dismissed without prejudice, each party to bear their own fees and costs.

|   |   |
|---|---|
|   | LAW OFFICE DARRY D. WALKER<br>Attorney for Plaintiff |
| 5-16-06<br>DATE | *(signed)* for Darryl D. Walker<br>ABA No. 0506045 |
|   | ATKINSON CONWAY & GAGNON<br>Attorney for Defendant |
| 5/27/06<br>DATE | *(signed)* Patrick B. Gilmore<br>ABA No. 7710121 |

STIPULATION TO DISMISS WITHOUT PREJUDICE
Case No. A05-113 CV (JKS)
Downing v. Ahtna Construction
Page 2 of 2