IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

CRAIG DOWNING,                        )
                                      )
        Plaintiff,                 )
                                      )
vs.                                   )
                                      )
AHTNA CONSTRUCTION AND PRIMARY)
PRODUCTS CORPORATION,                 )
        Defendant.                 )   Case No. 3:05-cv-00113-TMB
_____)

**JUDGMENT OF DISMISSAL WITHOUT PREJUDICE**

    This matter being heard on stipulation of the parties, and it appearing from the stipulation that the claim of Plaintiff against Defendant, Ahtna Construction and Primary Products Corporation, may be dismissed without prejudice,

    **IT IS ORDERED, ADJUDGED AND DECREED** that Plaintiff's claim against Defendant, Ahtna Construction and Primary Products Corporation, is hereby dismissed without prejudice.

    **IT IS FURTHER ORDERED** that all remaining pretrial deadlines are **VACATED.**

    Dated this 25th day of May 2006, at Anchorage, Alaska.

                                      /s/ Timothy Burgess
                                      Timothy M. Burgess
                                      United States District Court Judge